993 F.2d 878
 Maio (Carl Anthony), MacAniff (Thomas F.J.),
Jordan-Barthmaier Associates, Cardozo (Peter),
Eastburn (William H., III), Sloan (Lawrence)
v.
Advanced Filtration Systems, Ltd., C.M. Barnard, Inc.,
Barnard (Madelon M., C. Mark, Jr.), International Water
Savings Systems, Inc., Control Fluidics, Inc., Heinze
(Walter O., Biller (R.L.), Steele (John F.), Kennedy and
Lehan, Touche Ross & Co., Niessen, Dunlop & Britchard,
Earnest & Whitney and Renneisen,
 NOS. 92-1595, 92-1611
 United States Court of Appeals,
Third Circuit.
 Apr 19, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED IN PART, DENIED IN PART, DISMISSED IN PART.